■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNATHAN JOHNSON, Appellant. [957 NYS2d 869]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 30, 1990 (*People v Johnson*, 163 AD2d 613 [1990]), affirming a judgment of the Supreme Court, Queens County, rendered August 15, 1988.

Ordered that the application is denied; and it is further,

Ordered that on the Court's own motion, the appellant is precluded from filing any additional applications for a writ of error coram nobis without leave of this Court.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Lott, Austin and Sgroi, JJ., concur.